

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00220-CV

| | | |
|---|---|---|
| 1 SOLAR SOLUTION, LLC AND MOHAMMAD ALI SAMANA, Appellants | § | On Appeal from the 467th District Court |
| | § | of Denton County (24-3432-467) |
| V. | § | October 23, 2025 |
| S&A WHOLESALE INC., D.B.A. TRENDY ENERGY SOLUTIONS AND TRENDY COMMUNICATIONS, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants 1 Solar Solution, LLC and Mohammad Ali Samana shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
Justice Dana Womack